IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>NAMIR WHITE | CRIMINAL NO. 17-617 |

## ORDER

**AND NOW,** this 10th day of June 2021, upon consideration of Defendant Namir White's post-trial motions, the responses thereto, and for the reasons stated in the accompanying memorandum, it is hereby **ORDERED** that:

1. Defendant's Motion for Judgment of Acquittal under Rule 29 and for a new Trial under Rule 33, Federal Rules of Criminal Procedure [Doc. No. 183] is **DENIED**.

2. Defendant's *pro se* Motion to Dismiss for Lack of Tribunal Jurisdiction [Doc. No. 193] is **DISMISSED**.

3. Sentencing for the above-captioned case shall be scheduled for **July 27, 2021 at 10:30 A.M.**, with notice to follow.

It is so **ORDERED.**

                                                          **BY THE COURT:**

                                                          /s/ Cynthia M. Rufe

                                                          **CYNTHIA M. RUFE, J.**